**RECEIVED**
CHARLOTTE, N.C.

MAY 26 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:03CR76-Mck |
| vs. ) | **ORDER FOR DISMISSAL** |
| (02) CURTIS LAMONT ALEXANDER ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to CURTIS LAMONT ALEXANDER only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 26th day of May, 2005.

*Graham C. Mullen*

GRAHAM C. MULLEN
UNITED STATES DISTRICT COURT JUDGE